# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT MATE TAYLOR, AIS #130155,  :   Plaintiff,                                                   : | |
| v.                                                                      : | CIVIL ACTION 15-00465-KD-C |
| LEE L. HALE, JR.                                          :   Defendant.                                                : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 10, 2015 is **ADOPTED** as the opinion of this Court.

As such, it is **ORDERED** that this action is **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), due to Plaintiff's failure to state a claim upon which relief may be granted.[1]

**DONE** and **ORDERED** this the **2nd** day of **December 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] In addition to those reasons set forth in the Magistrate Judge's Report and Recommendation, the Court notes that a copy of the Report and Recommendation was mailed to the Plaintiff at the address that he provided. However, it was returned to the Court as undeliverable which indicates that Plaintiff has also failed to comply with the requirements of this Court by failing to notify the Court of any change in address.